UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABREY BRIGGS,

        Plaintiff,

    v.

LYNN'S OPTIMO LOUNGE &
BANQUET ROOM aka OPTIMO
LODGE aka LYNN'S CHINESE
CUISINE, and DOES 1 through 10,
inclusive,

        Defendants.
_____/

NO. CIV. S-09-3006 LKK/CMK

O R D E R

    Pursuant to the telephone conference held on January 21, 2011, the scheduling order, ECF No. 11, is AMENDED as follows:

1. Expert disclosures are due May 23, 2011.
2. All discovery shall be conducted so as to be completed no later than July 21, 2011.
3. All Law and Motion matters shall be filed so as to be heard no later than September 21, 2011;
3. The final pretrial conference is set for December 19, 2011 at 2:30 p.m.;

1

1    4.   The trial is estimated for seven days, and is set for
2         March 27, 2012.
3    IT IS SO ORDERED.
4    DATED: January 24, 2011.

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2