Wayne H. Maire, State Bar Number:  88850
Patrick L. Deedon, State Bar Number: 245490
MAIRE & BURGESS
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 (phone)
(530) 246-6060 (fax)

Attorney for Plaintiff,
ABREY BRIGGS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABREY BRIGGS, | CASE NO.: 2:09-CV-03006-LKK-CMK |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL** |
| LYNN'S OPTIMO LOUNGE & BANQUET ROOM aka OPTIMO LODGE aka LYNN'S CHINESE CUISINE and DOES 1 through 10, inclusive, | |
| Defendants. _____/ | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that Plaintiff's complaint in this action against LYNN'S OPTIMO LOUNGE & BANQUET ROOM aka OPTIMO LODGE aka LYNN'S CHINESE

///

///

///

CUISINE, be dismissed with prejudice; with the parties bearing their own fees and costs.

Dated:  December 1, 2011

            MAIRE & BURGESS

            /s/_____
            WAYNE H. MAIRE
            PATRICK L. DEEDON
            Attorneys for Plaintiff,
            ABREY BRIGGS


Dated:  November 18, 2011    LEACH & McGREEVY, LLP

            /s/_____
            RICHARD E. McGREEVY
            Attorney for Defendants
            LYNN'S OPTIMO LOUNGE & BANQUET
            ROOM aka OPTIMO LODGE aka LYNN'S
            CHINESE CUISINE


### ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

Dated:  December 1, 2011

            _____
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT